```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 63759
   BEATRICE B THOMAS
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-1453


--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 12/06/2005 and was confirmed 03/27/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  23.00%.

     The case was converted to chapter 7 after confirmation 07/21/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                             PAID         PAID
--------------------------------------------------------------------------------
HSBC AUTO FINANCE           SECURED           4059.68       576.91       2327.28
HSBC AUTO FINANCE           UNSECURED       NOT FILED          .00           .00
LYON & HEALY                SECURED           2721.07       336.01       2721.07
TOYOTA MOTOR CREDIT         SECURED          23365.33      4238.77      12696.42
TOYOTA MOTOR CREDIT         UNSECURED       NOT FILED          .00           .00
INTERNAL REVENUE SERVICE    SECURED           4000.00       320.33       2278.14
ILLINOIS DEPT OF REVENUE    PRIORITY           106.92          .00        106.92
INTERNAL REVENUE SERVICE    UNSECURED        82999.50          .00       2449.78
BALLYS TOTAL FITNESS        UNSECURED       NOT FILED          .00           .00
CAPONE BANK                 UNSECURED       NOT FILED          .00           .00
CITY OF CHICAGO PARKING     UNSECURED       NOT FILED          .00           .00
COLLECTION COMPANY OF AM    UNSECURED       NOT FILED          .00           .00
COLLECTION PROFESSIONAL     NOTICE ONLY     NOT FILED          .00           .00
COMMONWEALTH EDISON         UNSECURED       NOT FILED          .00           .00
LASALLE BANK                UNSECURED       NOT FILED          .00           .00
MARAUDER CORP               UNSECURED       NOT FILED          .00           .00
MERIDIAN FINANCIAL SERV     NOTICE ONLY     NOT FILED          .00           .00
MUNICIPAL COLLECTION SER    NOTICE ONLY     NOT FILED          .00           .00
NCO INOVMED                 UNSECURED       NOT FILED          .00           .00
NICOR GAS                   UNSECURED         3393.33          .00        100.22
VILLAGE OF RIVERDALE        UNSECURED       NOT FILED          .00           .00
OMNIUM WORLDWIDE            NOTICE ONLY     NOT FILED          .00           .00
OMNIUM WORLDWIDE            UNSECURED       NOT FILED          .00           .00
PALSIADES COLLECTIONS       UNSECURED       NOT FILED          .00           .00
PATRICK T SHEEHAN & ASSO    UNSECURED         2002.36          .00         59.13
PAY DAY LOAN                UNSECURED       NOT FILED          .00           .00
PROFESSIONAL ED INSTITUT    UNSECURED       NOT FILED          .00           .00
RMI/MCSI                    UNSECURED          750.00          .00         18.01
RMI/MCSI                    UNSECURED       NOT FILED          .00           .00
SOCIAL SECURITY ADMINIST    UNSECURED        29289.00          .00           .00
SUPERIOR ASSET MANAGEMEN    UNSECURED       NOT FILED          .00           .00
THE VILLAS AT DIVI VILLA    UNSECURED       NOT FILED          .00           .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 63759 BEATRICE B THOMAS
```

```
TRUE LOGIC FINANCIAL COR  NOTICE ONLY    NOT FILED              .00              .00
WESTMORELAND AGENCY       UNSECURED      NOT FILED              .00              .00
ILLINOIS DEPT OF REVENUE  UNSECURED         30.00               .00              .00
LYON & HEALY              MORTGAGE ARRE      .00                .00              .00
INTERNAL REVENUE SERVICE  PRIORITY        3469.09               .00         3469.09
INTERNAL REVENUE SERVICE  NOTICE ONLY    NOT FILED              .00              .00
SOCIAL SECURITY ADMINIST  UNSECURED      NOT FILED              .00              .00
SOCIAL SECURITY ADMINIST  NOTICE ONLY    NOT FILED              .00              .00
JOSEPH P DOYLE            DEBTOR ATTY     1,940.00                          1,940.00
TOM VAUGHN                TRUSTEE                                           2,156.44
DEBTOR REFUND             REFUND                                                5.48

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                35,800.00

PRIORITY                                        3,576.01
SECURED                                        20,022.91
    INTEREST                                    5,472.02
UNSECURED                                       2,627.14
ADMINISTRATIVE                                  1,940.00
TRUSTEE COMPENSATION                            2,156.44
DEBTOR REFUND                                       5.48
                       ---------------        ---------------
TOTALS                 35,800.00               35,800.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
     Dated: 10/22/08              _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE




                          PAGE   2
         CASE NO. 05 B 63759 BEATRICE B THOMAS